UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIELLE MORAITIS,

    Plaintiff,

v.                                               CASE NO. 8:17-cv-2395-T-23MAP

NBT BANK,

    Defendant.
_____/

## **ORDER**

The plaintiff announces (Doc. 12) the settlement of this action. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final judgment or dismissal or (2) to move to vacate the dismissal for good cause. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on December 14, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE