UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIELLE MORAITIS,

    Plaintiff,

v.                                     CASE NO. 8:17-cv-2395-T-23MAP

NBT BANK,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 14), the action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on January 17, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE